Form G-3

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: Vasilije Bascarevic | ) | Chapter 13 |
| | ) | |
| | ) | No. 222-10160 |
| | ) | |
| Debtor(s) | ) | Judge Donald R. Cassling |

## NOTICE OF MOTION

TO:  See attached list

PLEASE TAKE NOTICE that on March 30, 2023, at 9:30 am, I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, **either** in courtroom 619 of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604, **or** electronically as described below, and present the motion of Debtor [to/for] Modify Plan, a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link:  https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

**Meeting ID and passcode.**  The meeting ID for this hearing is 161 414 7941, and the passcode is 619.  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By: David Freydin

Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, Illinois 60077
847.972.6157

## CERTIFICATE OF SERVICE

    I, __David Freydin_____, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on __March 9, 2023_____, at _5:00 pm___.

                                   /s/ David Freydin_____
                                   [Signature]

```
Label Matrix for local noticing          American Express National Bank, c/o Zwicker   U.S. Bankruptcy Court
0752-1                                    80 Minuteman Road                            Eastern Division
Case 22-10160                             P.O. Box 9043                                219 S Dearborn
Northern District of Illinois             Andover, MA 01810-0943                       7th Floor
Eastern Division                                                                       Chicago, IL 60604-1702
Thu Mar  9 15:24:05 CST 2023

Amercyclefin                              American Express National Bank, AENB         Amex
5 Mill Street N                           c/o Zwicker and Associates, P.C.             Correspondence/Bankruptcy
Marlborough, MA 01752-3147                Attorneys/Agents for Creditor                Po Box 981540
                                          P.O. Box 9043                                El Paso, TX 79998-1540
                                          Andover, MA 01810-0943


Bank of America                           Bank of America, N.A.                        Brian Gipson
Attn: Bankruptcy                          PO Box 673033                                217 N. Jefferson Street
4909 Savarese Circle                      Dallas, TX 75267-3033                        Suite 601
Tampa, FL 33634-2413                                                                   Chicago, IL 60661-1114


Cavalry Portfolio Services                Cavalry SPV I, LLC                           (p)JPMORGAN CHASE BANK  N A
Attn: Bankruptcy                          PO Box 4252                                  BANKRUPTCY MAIL INTAKE TEAM
500 Summit Lake Drive, Suite 400          Greenwich, CT 06831-0405                     700 KANSAS LANE FLOOR 01
Vahalla, NY 10595-2321                                                                 MONROE LA 71203-4774


Credit Collection Services                Discover Bank                                Discover Financial
Attn: Bankruptcy                          Discover Products Inc                        Attn: Bankruptcy
725 Canton St                             PO Box 3025                                  Po Box 3025
Norwood, MA 02062-2679                    New Albany, OH  43054-3025                   New Albany, OH 43054-3025


Fifth Third Bank N.A.                     First Midwest Equipment Finance Co.          (p)ILLINOIS DEPARTMENT OF REVENUE
PO Box 9013                               c/o Brian Gipson                             BANKRUPTCY UNIT
Addison, Texas 75001-9013                 217 N. Jefferson Suite 601                   PO BOX 19035
                                          Chicago, IL 60661-1114                       SPRINGFIELD IL 62794-9035


Midland Fund                              NewRez LLC DBA Shellpoint Mortgage Servicing Old National Equipment Finance Company
Attn: Bankruptcy                          Bankruptcy Department                        217 N. Jefferson Street
350 Camino De La Reine, Suite 100         PO Box 10826                                 Suite 601
San Diego, CA 92108-3007                  Greenville, SC 29603-0826                    Chicago, IL 60661-1114


Shellpoint Mortgage Servicing             David Freydin                                Patrick S Layng
Attn: Bankruptcy                          Law Offices of David Freydin Ltd             Office of the U.S. Trustee, Region 11
Po Box 10826                              8707 Skokie Blvd                             219 S Dearborn St
Greenville, SC 29603-0826                 Suite 312                                    Room 873
                                          Skokie, IL 60077-2281                        Chicago, IL 60604-2027


Thomas H. Hooper                          Vasilije Bascarevic
Office of the Chapter 13 Trustee          895 Morton St.
55 E. Monroe St.                          Hoffman Estates, IL 60169-1646
Suite 3850
Chicago, IL 60603-5764
```

          The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
          by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Chase Card Services
Attn: Bankruptcy
P.O. 15298
Wilmington, DE 19850

Illinois Department of Revenue
Bankruptcy Section, P.O. Box 19035
Springfield, IL 62794-9035

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)NewRez LLC d/b/a Shellpoint Mortgage Servi

End of Label Matrix
Mailable recipients   25
Bypassed recipients    1
Total                 26

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 22-10160 |
| Vasilije Bascarevic } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | Judge Donald R. Cassling |

### DEBTOR'S MOTION TO MODIFY PLAN

NOW COMES THE DEBTOR by and through his attorney, The Law Offices of David Freydin, and request that this Honorable Court modify the Chapter 13 Plan under Section 1329 for the reasons below, and in support thereof, state as follows:

1. The Debtor filed a Chapter 13 bankruptcy petition in the Northern District of Illinois, Eastern Division as case number 22-10160 on September 6, 2022.

2. This Honorable Court confirmed the Debtor's Chapter 13 Plan on January 26, 2023, with current plan payments in the amount of $2,065.00 per month, and a distribution to general, unsecured creditors of at least 10% of their allowed claims.

3. The confirmed plan provides for the partial avoidance of a judicial lien of First Midwest Equipment Finance Company, with a secured balance of $88,100.00 to be repaid with 3.25% interest.

4. However, the confirmed plan does not set a monthly payment on the secured claim, and as a result, all Trustee distributions are being applied to this secured debt.

5. Accordingly, the Debtor proposes to modify the plan to add a monthly payment on this secured claim of $1,650.00.

6. Modifying the plan in this way will not cause the plan to run more than 60 months, and will continue to pay general, unsecured creditors at least 10% of their allowed claims.

WHEREFORE THE MOVANT PRAYS that this Honorable Court enter an order modifying the Chapter 13 plan to:

A. That this Honorable Court enter an order modifying the Debtor's Chapter 13 Plan to add a set payment of $1,650.00 to Section 3.4.

B. For such other and further relief this Court deems just and proper.


/s/ David Freydin_____
David Freydin
Law Offices of David Freydin, PC
8707 Skokie Blvd., Suite 312
Skokie, IL 60077
Phone: 847.972.6157